IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

IAN MULLIN,

    Plaintiff

v.

HYATT RESIDENTIAL GROUP, INC. f/k/a Hyatt Vacation
Ownership Group, a Delaware corporation; and
HYATT RESIDENTIAL MARKETING CORPORATION,
a Florida corporation,

    Defendants.

---

**NOTICE OF REMOVAL OF ACTION**

---

Defendants Hyatt Residential Group, Inc. and Hyatt Residential Marketing Corporation hereby invoke this Court's jurisdiction under the provisions of 28 U.S.C. sections 1332(a) (1) and 1441(a) to remove the state court action described below on the following grounds:

1.    On August 9, 2013, an action was commenced in the District Court, Pitkin County, Colorado, entitled <u>Ian Mullin v. Hyatt Residential Group, Inc. f/k/a Hyatt Vacation Ownership Group, a Delaware corporation; and Hyatt Residential Marketing Corporation, a Florida corporation</u>, as case number 13CV30068. Defendants were served

- 1 -

with a copy of the complaint and a summons from the state court on August 19, 2013. A copy of the summons and complaint is attached hereto as Exhibit 1. The only pleadings filed in the action are the complaint which initiated the action.

    2.    This is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332 and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. section 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

    3.    Complete diversity of citizenship exists in that plaintiff Ian Mullin is a citizen of the State of Colorado, defendant Hyatt Residential Group, Inc. is a corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Illinois, and defendant Hyatt Residential Marketing Corporation is a corporation incorporated under the laws of the State of Florida and having its principal place of business in the State of Florida.

    4.    The matter in controversy exceeds the sum of $75,000 in that prior to the commencement of the action plaintiff, through his counsel, represented to defendants that he has suffered damages of more than $229,500 for loss of income, will suffer damages of more than $200,000 for future loss of income, has suffered damages of more than $75,000 for non-economic losses, and has suffered damages of more than $50,000 for losses to his reputation.

WHEREFORE, this Court has original jurisdiction pursuant to 28 U.S.C. section 1332(a)(1) over the claims asserted by plaintiff and this civil action is therefore properly removed to this Court.

Dated: August 30, 2013         s/ David G. Freedman
                               *David G. Freedman*
                               1801 Century Park East, 16th Floor
                               Los Angeles, CA 90067
                               Telephone:  (310) 553-2121
                               E-Mail:  dgf@dfreedman.net
                               Attorney for Defendants
                               Hyatt Residential Group, Inc. and Hyatt
                               Residential Marketing Corporation