IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2348-WJM-BNB

IAN MULLIN,

Plaintiff,

v.

HYATT RESIDENTIAL GROUP, INC., f/k/a Hyatt Vacation Ownership Group, a Delaware corporation, and
HYATT RESIDENTIAL MARKETING CORPORATION, a Florida corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Notice and Plaintiff's Unopposed Motion for Leave to Amend Complaint and Jury Demand** [docket no. 19, filed December 31, 2013] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Exhibit B, Amended Complaint and Jury Demand, for filing.

DATED:  January 2, 2014