IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02348-WJM-BNB

IAN MULLIN,

Plaintiff,

v.

HYATT RESIDENTIAL GROUP, INC., f/k/a Hyatt Vacation Ownership Group, a Delaware corporation; and
HYATT RESIDENTIAL MARKETING CORPORATION, a Florida corporation,

Defendants.

_____

**ORDER**
_____

**1. DATE AND APPEARANCES**

A final pretrial conference was held on August 7, 2014. The following counsel attended the conference:

For plaintiff Ian Mullin: Clayton E. Wire, Ogborn Mihm, LLP, 1700 Broadway, Suite 1900, Denver, CO 80290.

For defendants Hyatt Residential Group, Inc. and Hyatt Residential marketing Corporation: David G. Freedman, 1801 Century Park East, 16th Floor, Los Angeles, CA 90067.

**2. JURISDICTION**

The Court has jurisdiction under 28 U.S.C. section 1332 in that plaintiff Ian Mullin is a citizen of the State of Colorado, defendant Hyatt Residential Group, Inc. is a corporation by order of the court to prevent manifest injustice. The pleadings will be deemed merged herein. This Final Pretrial Order supersedes the Scheduling Order. In the event of ambiguity in any

provision of this Final Pretrial Order, reference may be made to the record of the pretrial conference to the extend reported by stenograhic notes and to the pleadings.

### 13. TRIAL AND ESTIMATED TRIAL TIME; FURTHER TRIAL PREPARATION PROCEEDINGS

1. Trial is to a jury.

2. The estimated trial time: Plaintiff anticipates the need for seven (7) days of trial. Pursuant to Judge Martinez's Practice Standard V.D, Plaintiff will contact the chambers of Jduge Martinez within 3 days of the entry of this order to schedule a status conference regarding this request.

3. The situs of trial is the Alfred A. Arraj United States Courthouse.

Dated August 7, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge